IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
310-cr-244

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| DEANNA RAY SALAZAR ) | |
| _____ ) | |

A consent motion having been duly brought before this Court for an order directing the Clerk of Court to accept pre-payment of the fine and restitution in this matter, and the Court having considered the same, the Court finds that the Clerk of Court will accept and deposit prepayment of the fine and restitution in this matter.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that:

1. The pre-judgment fine and restitution payment will be accepted by the Clerk of Court in this case and the funds will be deposited into the Registry of the Court and held in an interest bearing account until further order of this Court; and

2. The government will serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed: March 12, 2012

Robert J. Conrad, Jr.
Chief United States District Judge