IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. DNCW3:10CR244 |
| v. | ) (Financial Litigation Unit) |
| | ) |
| DEANNA RAY SALAZAR. | ) |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and WELLS FARGO BANK NA:

A judgment was entered on June 11, 2012 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant Deanna Ray Salazar, whose last known address is XXXXXXXXXXXXXXXXXXXXXXX, Adelanto, California 92301, in the sum of $5,262,953.05. The balance on the account as of August 21, 2012 is $5,262,751.22.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Wells Fargo Bank NA is commanded to **turn over property** in which Defendant Deanna Ray Salazar, Social Security Number XXX-XX-8960 has a substantial non-exempt interest, said property being funds located in any and all accounts held, individually or jointly, in the name of Deanna Ray Salazar, and/or funds located in any and all accounts for which Deanna Ray Salazar has signature authority, at the following address: Wells Fargo Bank NA, P.O. Box 8667, Philadelphia, Pennsylvania 19101, ATTN: Liens, Levies and Garnishments.

**SO ORDERED.**

Signed: August 22, 2012

_____
David S. Cayer
United States Magistrate Judge